**EXHIBIT "A"**

Tallman, Hudders & Sorrentino

PA Office of Norris McLaughlin & Marcus
1611 Pond Road, Suite 300
Allentown, PA 18104-2221
PH 610-391-1800 | FX 610-391-1805
Fed Tax ID: 62-1408127

Invoice # 10108666
Date      11/10/2011
Client       111160
Matter            2
                RBS

Lakeland West Capital LLC
c/o James Mattison
P.O. Box 8152
Waco, TX  76714

---

For professional services rendered from September 1, 2011 through October 31, 2011

Re:  Rosa M. Gomez (0424) Northampton County

| | |
|---|---|
| Total Fees | $ 208.00 |
| Total Expenses | $ .00 |
| Total This Bill | $ 208.00 |

Tallman, Hudders & Sorrentino
PA Office of Norris McLaughlin & Marcus
1611 Pond Road, Suite 300
Allentown, PA 18104-2221
PH 610-391-1800 | FX 610-391-1805
Fed Tax ID: 62-1408127

```
Page                  1
Invoice #      10108666
Date         11/10/2011
Client           111160
Matter                2
                    RBS
```

Lakeland West Capital LLC
c/o James Mattison
P.O. Box 8152
Waco, TX  76714

---

For professional services rendered from September 1, 2011
through October 31, 2011

Re:  Rosa M. Gomez (0424) Northampton County

| Date | Init | Hours | Amount | Description |
|---|---|---|---|---|
| 9/01/11 | KMB | .10 | 10.00 | Phone message from Doris at Northampton County Sheriff's Office re: bankruptcy filing, email to Michelle Sandone; |
| 9/06/11 | MES | .50 | 50.00 | Review bankruptcy filing; telephone conference and correspondence with Sheriff's Department continuing sale; correspondence with James Mattison; |
| 9/07/11 | MES | .50 | 50.00 | Review file; |
| 9/16/11 | RJP | .40 | 68.00 | Review file re: bankruptcy matter; review loan documents regarding post-petition payment due; review bankruptcy docket; |
| 10/17/11 | MES | .30 | 30.00 | Correspondence with James Mattison re: borrower's post petition payments. |

```
          1.80              TOTAL HOURS

                   TOTAL SERVICES              $ 208.00
```

```
                                            Page            2
                                            Invoice #  10108666
                                            Date     11/10/2011
                                            Client      111160
                                            Matter           2
                                                           RBS
```

----

|                      | HOURS | RATE   | AMOUNT   |
|----------------------|-------|--------|----------|
| REBECCA J. PRICE     | .40   | 170.00 | 68.00    |
| KIM M. BOYER         | .10   | 100.00 | 10.00    |
| MICHELLE E. SANDONE  | 1.30  | 100.00 | 130.00   |
|                      | 1.80  |        | $ 208.00 |

EXPENSES

TOTAL EXPENSES                $ .00

TOTAL THIS INVOICE            $ 208.00

Tallman, Hudders & Sorrentino

PA Office of Norris McLaughlin & Marcus
1611 Pond Road, Suite 300
Allentown, PA 18104-2221
PH 610-391-1800 | FX 610-391-1805
Fed Tax ID: 62-1408127

Invoice # 10114791
Date      12/12/2011
Client       111160
Matter            2
             RBS

Lakeland West Capital LLC
c/o James Mattison
P.O. Box 8152
Waco, TX  76714

---

For professional services rendered from October 12, 2011
through November 30, 2011

Re:  Rosa M. Gomez (0424) Northampton County

|  |  |
|---|---|
| Total Fees | $ 310.00 |
| Total Expenses | $ .08 |
| Total This Bill | $ 310.08 |

Tallman, Hudders & Sorrentino

PA Office of Norris McLaughlin & Marcus
1611 Pond Road, Suite 300
Allentown, PA 18104-2221
PH 610-391-1800 | FX 610-391-1805
Fed Tax ID: 62-1408127

Page 1
Invoice # 10114791
Date 12/12/2011
Client 111160
Matter 2
RBS

Lakeland West Capital LLC
c/o James Mattison
P.O. Box 8152
Waco, TX 76714

---

For professional services rendered from October 12, 2011 through November 30, 2011

Re: Rosa M. Gomez (0424) Northampton County

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 10/12/11 | RJP | .20 | 34.00 | Review file regarding post-petition payment; |
| 10/17/11 | RJP | .50 | 85.00 | Review Chapter 13 Plan; draft email to client regarding bankruptcy issues and post-petition payments; |
| 11/07/11 | RJP | .30 | 51.00 | Review Schedules regarding deadlines and plan; email to client regarding same; |
| 11/18/11 | DLW | .30 | 90.00 | Review file re: status and strategy; |
| 11/18/11 | MES | .50 | 50.00 | Review bankruptcy docket. |

1.80 TOTAL HOURS

TOTAL SERVICES $ 310.00

Page 2
Invoice # 10114791
Date 12/12/2011
Client 111160
Matter 2
RBS

---

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DENISE L. WESTER | .30 | 300.00 | 90.00 |
| REBECCA J. PRICE | 1.00 | 170.00 | 170.00 |
| MICHELLE E. SANDONE | .50 | 100.00 | 50.00 |
|  | 1.80 |  | $ 310.00 |

EXPENSES

| 10/04/11 | Computerized Legal Research - Pacer use for the months of July-September 2011. - PAEBK 09/07 | .08 |
|---|---|---|
|  | TOTAL EXPENSES | $ .08 |
|  | TOTAL THIS INVOICE | $ 310.08 |

Norris McLaughlin & Marcus, P.A.

Formerly Tallman, Hudders & Sorrentino
PA Office of Norris McLaughlin & Marcus
1611 Pond Road, Suite 300
Allentown, PA 18104-2221
PH 610-391-1800 | FX 610-391-1805
Fed Tax ID: 62-1408127

Invoice # 10132654
Date 01/17/2012
Client 111160
Matter 2
RBS

Lakeland West Capital LLC
c/o James Mattison
P.O. Box 8152
Waco, TX 76714

---

For professional services rendered from December 7, 2011 through December 31, 2011

Re: Rosa M. Gomez (0424) Northampton County

| | |
|---|---|
| Total Fees | $ 350.00 |
| Total Expenses | $ 25.00 |
| Total This Bill | $ 375.00 |

Norris McLaughlin & Marcus, P.A.

Formerly Tallman, Hudders & Sorrentino
PA Office of Norris McLaughlin & Marcus
1611 Pond Road, Suite 300
Allentown, PA 18104-2221
PH 610-391-1800 | FX 610-391-1805
Fed Tax ID: 62-1408127

Page 1
Invoice # 10132654
Date 01/17/2012
Client 111160
Matter 2
RBS

Lakeland West Capital LLC
c/o James Mattison
P.O. Box 8152
Waco, TX 76714

---

For professional services rendered from December 7, 2011
through December 31, 2011

Re: Rosa M. Gomez (0424) Northampton County

12/07/11   MES   Attorney Fee Per Fee Agreement - Motion to
                 Continue Sheriff's Sale

|   |   |
|---|---:|
| TOTAL SERVICES | $ 350.00 |

EXPENSES

12/13/11   Sheriff of Northampton County - additional
           advertising costs                                       25.00

|   |   |
|---|---:|
| TOTAL EXPENSES | $ 25.00 |
| TOTAL THIS INVOICE | $ 375.00 |

**Norris McLaughlin & Marcus, P.A.**

Pennsylvania Office
1611 Pond Road, Suite 300
Allentown, PA 18104-2221
PH 610-391-1800 | FX 610-391-1805
Fed Tax ID: 62-1408127

Invoice # 10138985
Date     02/15/2012
Client       111160
Matter            2
                RBS

Lakeland West Capital LLC
c/o James Mattison
P.O. Box 8152
Waco, TX  76714

---

For professional services rendered from January 9, 2012
through January 31, 2012

Re:   Rosa M. Gomez (0424) Northampton County

| | |
|---|---|
| Total Fees | $ 1,392.50 |
| Total Expenses | $ .00 |
| **Total This Bill** | $ 1,392.50 |

**Norris McLaughlin & Marcus, P.A.**

Pennsylvania Office
1611 Pond Road, Suite 300
Allentown, PA 18104-2221
PH 610-391-1800 | FX 610-391-1805
Fed Tax ID: 62-1408127

Page                    1
Invoice #       10138985
Date          02/15/2012
Client            111160
Matter                 2
                     RBS

Lakeland West Capital LLC
c/o James Mattison
P.O. Box 8152
Waco, TX  76714

---

For professional services rendered from January 9, 2012
through January 31, 2012

Re:  Rosa M. Gomez (0424) Northampton County

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 1/09/12 | DLW | .50 | 137.50 | Review file re: status of information requested; review status of bankruptcy on PACER; correspondence with James Mattison re: information needed to complete proof of claim and status of bankruptcy (.5) |
| 1/09/12 | MES | .50 | 50.00 | Review proof of claim form documents; telephone conference with James Mattison; |
| 1/17/12 | DLW | .30 | 82.50 | Review debtor's amended plan and amended schedules; review file (.3) |
| 1/19/12 | DLW | .60 | 165.00 | Telephone conference with Penny regarding bankruptcy proof of claim for attachments and information required to be included therewith (.5); review documentation provided by client (.1) |
| 1/23/12 | DLW | 3.30 | 907.50 | Review information provided by client for proof of claim; review file and analyze payment and foreclosure information; telephone conference with Penny and James re: payments made pre- and post-petition, unpaid pre-petition amount; prepare Proof of Claim attachment, Post-Petition attachment, |

Page 2
Invoice # 10138985
Date 02/15/2012
Client 111160
Matter 2
RBS

------------------------------------------------------------

and Proof of Claim; review status of bankruptcy on PACER; review debtor's schedules re: value of property and client's claim; review and analyze proposed Plan; telephone conference with Adam and James re: underfunded plan and strategy; review and approve documentation to be attached to proof of claim and attachments (3.3)

| | | | |
|---|---|---|---|
| 1/23/12 MES | .50 | 50.00 | Draft certificate of service; electronically file proof of claim with bankruptcy court; |

5.70        TOTAL HOURS

TOTAL SERVICES                          $ 1,392.50

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DENISE L. WESTER | 4.70 | 275.00 | 1,292.50 |
| MICHELLE E. SANDONE | 1.00 | 100.00 | 100.00 |
|  | 5.70 |  | $ 1,392.50 |

EXPENSES

TOTAL EXPENSES                          $ .00

TOTAL THIS INVOICE                      $ 1,392.50